NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1385, -1488, -1521, -1566, 2009-1005

US PHILIPS CORPORATION,

Plaintiff-Appellee,

v.

INTERNATIONAL NORCENT TECHNOLOGY, INC.
and NORCENT HOLDINGS, INC.,

Defendants-Appellants,

and

JENNIFER LONG,

Defendant-Appellant.

Appeals from the United States District Court for the Central District of California in case no. 2:06-CV-01366, Judge Manuel L. Real.

ON MOTION

ORDER

The parties move to voluntarily dismiss these appeals.

On December 16, 2008, this court stayed briefing pursuant to 11 U.S.C. § 362 due to Jennifer Long's pending bankruptcy petition. Long informs the court that the United States Bankruptcy Court for the Central District of California has dismissed the bankruptcy case.

Upon consideration thereof,

IT IS ORDERED THAT:

(1)     The motion is granted. The stay is lifted, the appeals are reactivated, and the appeals are dismissed.

(2)     Each side shall bear its own costs.

FOR THE COURT

APR 0 2 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Frank A. DeCosta, III, Esq.
Bruce G. Chapman, Esq.
Kenneth L. Wilton, Esq.
Anthony A. Friedman, Esq.
Shu Zhi Ju
David B. Golubchik, Esq.

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

APR 0 2 2010

**JAN HORBALY**
**CLERK**

s21

ISSUED AS A MANDATE:   APR 0 2 2010